**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| Patrick Joseph Hayes and Elizabeth Jean Hayes**,** | Bankruptcy No. 15-37052 |
| | Honorable Pamela S. Hollis |
| **Debtor**. | |

**TRUSTEE'S CERTIFICATE OF SERVICE FOR**
**NOTICE OF TRUSTEE'S FINAL REPORT**

I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #45)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on April 11, 2018.

Dated: April 11, 2018

**Zane L. Zielinski,** not individually but as the chapter 7 trustee of the bankruptcy estate of Patrick Joseph Hayes and Elizabeth Jean Hayes**,**

By: /s/ Zane L. Zielinski
Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF**
 **ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.  815-846-8516
e.  trustee@zanezielinski.com

Mailing Information for Case 15-37052

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Robert J Hamilton**     rob@halawoffices.com
- **Patrick S Layng**    USTPRegion11.ES.ECF@usdoj.gov
- **Zane Zielinski, Trustee**    trustee@zanezielinski.com, zzielinski@ecf.epiqsystems.com

**Manual Service List**

| | |
|---|---|
| American Infosource Lp As Agent For<br>Td Bank, Usa<br>Po Box 248866<br>Oklahoma City, Ok 73124-8866 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 |
| Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Capital One Na<br>C/O Becket And Lee Llp<br>Po Box 3001<br>Malvern Pa 19355-0701 |
| Cerastes, Llc<br>C O Weinstein & Riley, Ps<br>2001 Western Avenue, Ste 400<br>Seattle, Wa 98121 | Blue Cross Blue Shield<br>3200 Robbins Rd<br>Springfield, Il 62704 |
| **Patrick and Elizabeth Hayes**<br>**802 AVALON WAY**<br>**MINOOKA, IL  60447** | |
| | |
| | |