# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In Re: § | |
| § | |
| Patrick Joseph Hayes § | Case No. 15-37052 |
| Elizabeth Jean Hayes § | |
| § | |
| § | |
| Debtors § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 193,330.00                      Assets Exempt: 76,795.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 12,340.37       Claims Discharged
                                                   Without Payment: 242,890.33

Total Expenses of Administration: 7,659.63

---

3) Total gross receipts of $ 20,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 20,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 193,642.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 7,659.63 | 7,659.63 | 7,659.63 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 30,889.25 | 48,407.45 | 48,407.45 | 12,340.37 |
| **TOTAL DISBURSEMENTS** | $ 224,531.25 | $ 56,067.08 | $ 56,067.08 | $ 20,000.00 |

4) This case was originally filed under chapter 7 on 10/30/2015 . The case was pending for 34 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  08/01/2018            By:/s/Zane L. Zielinski, Trustee
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Debtors' claims related to injuries sustainted by Sean Hayes | 1142-000 | 20,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$20,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fifth Third Bank 1830 East Paris Ave. Grand Rapids, MI 49546 | | 3,354.00 | NA | NA | 0.00 |
| | Hyundai Finc Attn: Bankruptcy Pob 20809 Fountain Valley, CA 92708 | | 9,976.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | M & T Bank Attn: Bankruptcy 1100 Wehrle Dr 2nd Floor Williamsville, NY 14221 | | 180,312.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 193,642.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski, Trustee | 2100-000 | NA | 2,750.00 | 2,750.00 | 2,750.00 |
| Zane L. Zielinski, Trustee | 2200-000 | NA | 25.63 | 25.63 | 25.63 |
| Law Offices of Gabriel Hardy | 3210-000 | NA | 4,884.00 | 4,884.00 | 4,884.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 7,659.63** | **$ 7,659.63** | **$ 7,659.63** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AGHA Medical Inc. 1600 Plainfield Rd. Joliet, IL 60435 | | 94.00 | NA | NA | 0.00 |
| | Chase Card Po Box 15298 Wilmington, DE 19850 | | 1,475.00 | NA | NA | 0.00 |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20363 Kansas City, MO 64195 | | 8,049.00 | NA | NA | 0.00 |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20363 Kansas City, MO 64195 | | 2,653.00 | NA | NA | 0.00 |
| | EM Strategies PO Box 366 Hinsdale, IL 60522 | | 16.34 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kohls/capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | 349.00 | NA | NA | 0.00 |
| | MK Orthopedics 963 129th Infantry Drive, Suite 100 Joliet, IL 60435 | | 81.91 | NA | NA | 0.00 |
| | Morris Hospital 150 West High Street Morris, IL 60450 | | 150.00 | NA | NA | 0.00 |
| | Silver Cross 1900 Silver Cross Blvd. New Lenox, IL 60451 | | 313.00 | NA | NA | 0.00 |
| 1 | American Infosource Lp As Agent For | 7100-000 | 297.00 | 297.77 | 297.77 | 75.91 |
| 8 | Blue Cross Blue Shield | 7100-000 | NA | 30,363.37 | 30,363.37 | 7,740.44 |
| 4 | Capital One Bank (Usa), N.A. | 7100-000 | 2,346.00 | 2,410.41 | 2,410.41 | 614.48 |
| 5 | Capital One Bank (Usa), N.A. | 7100-000 | 1,128.00 | 1,141.77 | 1,141.77 | 291.07 |
| 6 | Capital One Na | 7100-000 | 341.00 | 433.02 | 433.02 | 110.39 |
| 7 | Cerastes, Llc | 7100-000 | 527.00 | 408.65 | 408.65 | 104.18 |
| 2 | Discover Bank | 7100-000 | 8,181.00 | 8,376.37 | 8,376.37 | 2,135.36 |
| 3 | Discover Bank | 7100-000 | 4,888.00 | 4,976.09 | 4,976.09 | 1,268.54 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 30,889.25 | $ 48,407.45 | $ 48,407.45 | $ 12,340.37 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 15-37052 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Patrick Joseph Hayes | | | | Date Filed (f) or Converted (c): | 10/30/2015 (f) |
| | Elizabeth Jean Hayes | | | | 341(a) Meeting Date: | 11/30/2015 |
| For Period Ending: | 08/01/2018 | | | | Claims Bar Date: | 11/17/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Home Location: 802 Avalon Way, Minooka Il 6044 | 210,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash On Hand | 20.00 | 0.00 | | 0.00 | FA |
| 3. Checking Bmo Harris Checking Bmo Harris Bmo Minor Savings Ac | 1,600.00 | 0.00 | | 0.00 | FA |
| 4. Households Goods | 655.00 | 0.00 | | 0.00 | FA |
| 5. Clothing And Shoe | 350.00 | 0.00 | | 0.00 | FA |
| 6. Fidelity Teachers Pension | 43,000.00 | 0.00 | | 0.00 | FA |
| 7. Kia Sedona 2009 | 3,500.00 | 0.00 | | 0.00 | FA |
| 8. Hyundai Sonata 20 | 11,000.00 | 0.00 | | 0.00 | FA |
| 9. Debtors' claims related to injuries sustained by Sean Hayes | 4,000.00 | 20,000.00 | | 20,000.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $274,125.00   $20,000.00   $20,000.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee reached a settlement of the estate's interest in a personal injury matter for $20,000. Debtor has waived claimed exemption. The Trustee is waiting on funds, and may need to prepare taxes.

RE PROP #      9  --   The trustee is reviewing medical claims and believe the value of this claim could be in excess of $100,000.

Initial Projected Date of Final Report (TFR): 12/01/2017       Current Projected Date of Final Report (TFR): 12/01/2017

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 15-37052  
Case Name: Patrick Joseph Hayes  
Elizabeth Jean Hayes  
Taxpayer ID No: XX-XXX4008  
For Period Ending: 08/01/2018  

Trustee Name: Zane L. Zielinski, Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX1833  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/21/17 | 9 | Farmers Insurance Exchange<br>Claims Service Center<br>National Document Center<br>PO Box 268994<br>Oklahoma Ciry, OK 73126 | Settlement Funds | | 1142-000 | $20,000.00 | | $20,000.00 |
| 05/04/18 | 5001 | Trustee Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Distribution | | | | $2,775.63 | $17,224.37 |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. | ($2,750.00) | 2100-000 | | | |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. | ($25.63) | 2200-000 | | | |
| 05/04/18 | 5002 | Law Offices of Gabriel Hardy | Final distribution representing a payment of 100.00 % per court order. | | 3210-000 | | $4,884.00 | $12,340.37 |
| 05/04/18 | 5003 | American Infosource Lp As Agent For Td Bank, Usa<br>Po Box 248866<br>Oklahoma City, Ok 73124-8866 | Final distribution to claim 1 representing a payment of 25.49 % per court order. | | 7100-000 | | $75.91 | $12,264.46 |
| 05/04/18 | 5004 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Distribution | | | | $3,403.90 | $8,860.56 |
| | | Discover Bank | Final distribution to claim 2 representing a payment of 25.49 % per court order. | ($2,135.36) | 7100-000 | | | |
| | | Discover Bank | Final distribution to claim 3 representing a payment of 25.49 % per court order. | ($1,268.54) | 7100-000 | | | |
| 05/04/18 | 5005 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Distribution | | | | $905.55 | $7,955.01 |
| | | Capital One Bank (Usa), N.A. | Final distribution to claim 4 representing a payment of 25.49 % per court order. | ($614.48) | 7100-000 | | | |

Page Subtotals: $20,000.00  $12,044.99

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 15-37052  
Case Name: Patrick Joseph Hayes  
Elizabeth Jean Hayes  

Trustee Name: Zane L. Zielinski, Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX1833  
Checking  

Taxpayer ID No: XX-XXX4008  
For Period Ending: 08/01/2018  

Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Capital One Bank (Usa), N.A. | Final distribution to claim 5 representing a payment of 25.49 % per court order. ($291.07) | 7100-000 | | | |
| 05/04/18 | 5006 | Capital One Na<br>C/O Becket And Lee Llp<br>Po Box 3001<br>Malvern Pa 19355-0701 | Final distribution to claim 6 representing a payment of 25.49 % per court order. | 7100-000 | | $110.39 | $7,844.62 |
| 05/04/18 | 5007 | Cerastes, Llc<br>C O Weinstein & Riley, Ps<br>2001 Western Avenue, Ste 400<br>Seattle, Wa 98121 | Final distribution to claim 7 representing a payment of 25.49 % per court order. | 7100-000 | | $104.18 | $7,740.44 |
| 05/04/18 | 5008 | Blue Cross Blue Shield<br>3200 Robbins Rd<br>Springfield, Il 62704 | Final distribution to claim 8 representing a payment of 25.49 % per court order. | 7100-000 | | $7,740.44 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $20,000.00 | $20,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $20,000.00 | $20,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $20,000.00 | $20,000.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*                    Page Subtotals:    $0.00    $7,955.01

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1833 - Checking | $20,000.00 | $20,000.00 | $0.00 |
|  | $20,000.00 | $20,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| **Total Net Deposits:** | $20,000.00 |
| Total Gross Receipts: | $20,000.00 |

Page Subtotals:    $0.00    $0.00