UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Joseph Patrick Hayes, | ) | Case No. 15 B 37052 |
| Elizabeth Jean Hayes, | ) | |
| Debtors. | ) | Honorable Judge Pamela S Hollis |
| | ) | |

### NOTICE OF WITHDRAWAL

To:   See Attached Service List

PLEASE TAKE NOTICE that the **CHAPTER 7 TRUSTEE'S FINAL ACCOUNT** previously filed on August 8, 2018 **(Document #50)** is withdrawn.   It is withdrawn because the document was filed in error.

/s/ Patrick S. Layng
Patrick S. Layng, U.S. Trustee
Office of the U.S. Trustee
219 South Dearborn, Room 873
Chicago, Illinois 60604
(312) 886-7481

### CERTIFICATE OF SERVICE

I, Patrick S. Layng, the U.S. Trustee, state that pursuant to Local Rule 9013-3(D) the above **Notice of Withdrawal** was filed on August 8, 2018, and served on all parties identified as Registrants on the service list below through the Court's Electronic Notice for Registrants and, as to all other parties on the service list below, I caused a copy to be sent via First Class Mail to the address(es) indicated on August 8, 2018.

/s/Patrick S. Layng

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

Zane Zielinski
trustee@zanezielinski.com

Robert Hamilton
rob@halawoffices.com

**Parties Served via First Class Mail:**

**Patrick Joseph Hayes**
**Elizabeth Jean Hayes**
802 Avalon Way
Minoka, IL   60447